# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:24-cr-172 |
| Melody Walker-White Twin, ) | |
| ) | |
| Defendant. ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on November 19, 2024, at 9:00 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Caller ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 15th day October, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court