IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION FOR RELEASE** |
| ) | |
| vs. ) | |
| ) | |
| Melody Walker-White Twin, ) | Case No. 1:24-cr-172 |
| ) | |
| Defendant. ) | |

On September 23, 2024, the court ordered Defendant detained, finding there were presently no available conditions that would reasonably assure Defendant's future appearance and ensure the community's safety. (Doc. No. 21). It did, however, add Defendant's name to the waiting list for a residential reentry placement. (Id.).

On November 22, 2024, Defendant filed a Motion for Release. (Doc. No. 4). She advises that she has secured a placement at the Prairie Recovery Center ("Prairie Recovery") in Raleigh, North Dakota. She requests to be released to her uncle, William Walker, for transport to Prairie Recovery.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 34). Defendant shall be released no earlier than 10:00 AM on November 26, 2024, for her uncle for transport to Prairie Recovery. Defendant's release shall be subject to the following conditions:

(1)   Defendant shall not violate federal, state, tribal, or local law while on release.

(2)   Defendant shall appear in court as required and surrender for any sentence imposed.

(3)   Defendant shall refrain from the use of alcohol; any use or possession of a narcotic

1

drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, any use of medical marijuana, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test.

(4) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall not knowingly or intentionally have any direct or indirect contact with witnesses or co-defendants, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of Defendant's legal defense.

(7) Defendant shall reside at Prairie Recovery, fully participate in its treatment programming, and comply with all of its rules and regulations.

(8) Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from Prairie Recovery OR to communicate with Prairie Recovery staff about her progress in the treatment program.

Any passes allowed by Prairie Recovery must be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from Prairie Recovery, she must immediately surrender to the custody of the United States Marshal.

      At least 96 hours prior to anticipated completion of the treatment programming, Defendant must advise the Pretrial Services Officer of her anticipated completion date so the court may schedule a hearing to review her release status.

(9)     Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of her release. Defendant shall notify any other residents that the premises may be subject to search pursuant to this condition.

(10)    Defendant shall not obtain a passport and other foreign travel document(s).

(11)    Defendant must report as soon as possible, to the Pretrial Service Office or her supervising Pretrial Service Officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(12)    With 24 hours of her arrival at Prairie Recovery, Defendant shall contact Pretrial Services Officer Stephanie Cherney at (701) 530-2396.

If Defendant cannot be transported to Prairie Recovery as anticipated on November 26, 2024, she shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 25th day of November, 2024.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court